## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NAIM WARREN,<br><br>Defendant. | CASE NO. **1 26CR 015**<br><br>**JUDGE**<br>**J. HOPKINS**<br>INDICTMENT<br><br>18 U.S.C. § 922(g)(1)<br><br>FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Possession by a Prohibited Person)

On or about November 15, 2025, in the Southern District of Ohio, the defendant, **NAIM WARREN**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is a Taurus, model G3C, 9mm pistol, bearing serial number ADM033604, and the firearm was in and affecting interstate and foreign commerce.

**In violation of Title 18, United States Code, Section 922(g)(1).**

### FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **NAIM WARREN**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation including, but not limited to, Taurus, model G3C, 9mm pistol, bearing serial number ADM033604, with any attachments and ammunition.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

**A TRUE BILL**

/S/
_____

**GRAND JURY FOREPERSON**

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

_____

**TIMOTHY LANDRY**
**SPECIAL ASSISTANT UNITED STATES ATTORNEY**

2